# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI BRASHER, | Case No.  1:16-cv-01185-SMM |
| Plaintiff, | **ORDER AMENDING RULE 16 SCHEDULING ORDER** |
| v. | |
| AMERIGAS PROPANE, INC., | |
| Defendant. | |

On October 17, 2016, a Preliminary Pretrial Conference was held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.  On October 20, 2016, a scheduling order issued.  The scheduling order set a pretrial conference for December 4, 2017 at 2:00 p.m. before Magistrate Judge Stanley A. Boone.  However, the scheduling conference will be held telephonically before Senior Judge Stephen M. McNamee.  Accordingly, IT IS HEREBY ORDERED THAT the October 20, 2016 scheduling order is AMENDED starting at 6:14 as follows:

**IT IS ORDERED** that the attorneys for each party <u>who will be responsible for trial of the lawsuit</u> shall **APPEAR** and **PARTICIPATE** in a Telephonic Final Pretrial Conference on **Monday, December 4, 2017, at 2:00 p.m., Mountain Standard Time,** in courtroom # 401 on the fourth floor of the United States Courthouse, 401 West Washington Street, Phoenix, Arizona.  The parties are directed to conference on a single, clear telephone line prior to calling Judge McNamee's chambers at 602-322-7555, five minutes prior to the time set for hearing.  Because

1

the Final Pretrial Conference is held for the benefit of all parties, and further because the presence of all parties will facilitate frank discussion of the pertinent issues in the lawsuit, **each party, or a representative with binding settlement authority if the party is an entity**, shall attend the Final Pretrial Conference. At the Final Pretrial Conference, the Court shall set a firm trial date.

IT IS SO ORDERED.

Dated:   **October 24, 2016**

UNITED STATES MAGISTRATE JUDGE