# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher, | No. 1:16-CV-01185 |
| Plaintiff, | **ORDER** |
| v. | |
| Amerigas Propane, Inc., | |
| Defendant. | |

The Court issues the following Order for the purpose of setting a status conference in this case.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic conference for **Tuesday, January 17, 2017 at 2:00 p.m.**, in Courtroom 401, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Stephen M McNamee.  The parties are directed to conference on <u>one single, clear telephone line</u> prior to calling Judge McNamee's chambers at 602-322-7555 five (5) minutes before the start of the proceeding.

Dated this 4th day of January, 2017.

_____
Honorable Stephen M. McNamee
Senior United States District Judge