# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher,<br><br>            Plaintiff,<br><br>v.<br><br>Amerigas Propane, Inc.,<br><br>            Defendant. | No. 1:16-CV-01185<br><br>**ORDER** |

The Court issues the following Order for the purpose of setting a status conference in this case.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic conference for **Tuesday, January 17, 2017 at 2:00 p.m. Mountain Standard Time** in Courtroom 401, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Stephen M McNamee. The parties are directed to conference on <u>one single, clear telephone line</u> prior to calling Judge McNamee's chambers at 602-322-7555 five (5) minutes before the start of the proceeding.

Dated this 4th day of January, 2017.

*[signature]*
Honorable Stephen M. McNamee
Senior United States District Judge