UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher,<br><br>            Plaintiff,<br><br>v.<br><br>Amerigas Propane, Inc.,<br><br>            Defendant. | No. 1:16-cv-01185<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend the Non-Expert Discovery Cut-Off Date from July 31, 2017 to August 31, 2017. (Doc. 19.) The parties request an extension to allow the parties to engage in meaningful settlement discussions and complete depositions. (Id.)

Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion. (Doc. 19.) The parties' non-expert discovery cut-off deadline is now **August 31, 2017**.

Dated this 19th day of July, 2017.

_____
Honorable Stephen M. McNamee
Senior United States District Judge