# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher,<br><br>        Plaintiff,<br><br>v.<br><br>Amerigas Propane, Inc.,<br><br>        Defendant. | No. 1:16-CV-01185<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation and Proposed Order to Take the Deposition of Kelly Lawler and Jeff Gamache Past the Non-Expert Discovery Cut-Off Date. (Doc. 21.) The non-expert discovery deadline is August 31, 2017. The parties request that the Court allow them until September 30, 2017 to conduct the depositions of Kelly Lawler and Jeff Gamache and assure the Court that no other deadlines in this action will be affected by this request. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation and Proposed Order to Take the Deposition of Kelly Lawler and Jeff Gamache Past the Non-Expert Discovery Cut-Off Date. (Doc. 21.) The parties shall conduct the aforementioned depositions no later than September 30, 2017.

Dated this 25th day of August, 2017.

*[signature]*
Honorable Stephen M. McNamee
Senior United States District Judge