# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher, | No. 1:16-cv-01185 |
| Plaintiff, | **ORDER** |
| v. | |
| Amerigas Propane, Inc., | |
| Defendant. | |

On October 18, 2017, Defendant Amerigas Propane, Inc. ("Defendant") filed a Motion for Summary Judgment. (Doc. 23.) Ordinarily, the setting of oral argument on the motion would dictate the deadlines for the response and reply. (See LRCiv 230.) In this case, however, given the visiting status of Judge McNamee, the Court will depart from the Eastern District of California's Local Rules and set a deadline for the response and reply *sua sponte*. If the Court deems oral argument necessary, it will schedule it at a later time. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant's Motion for Summary Judgment (Doc. 23) by **Monday, November 27, 2017**.

**IT IS FURTHER ORDERED** that Defendant shall reply to Plaintiff's Response to Defendant's Motion for Summary Judgment by **Monday, December 11, 2017**.

Dated this 30th day of October, 2017.

Honorable Stephen M. McNamee
Senior United States District Judge