# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherri Brasher,<br><br>        Plaintiff,<br><br>v.<br><br>Amerigas Propane, Inc.,<br><br>        Defendant. | No. 1:16-cv-01185<br><br>**ORDER** |

As set forth in the Rule 16 Scheduling Order (Doc. 12), a Final Pretrial Conference in this matter is scheduled for Monday, December 4, 2017. Currently, there is a dispositive motion pending, therefore, the Court will vacate the Final Pretrial Conference and reset it, if necessary, at a later date.

Accordingly,

**IT IS HEREBY ORDERED** vacating the Final Pretrial Conference set for Monday, December 4, 2017 at 2:00 p.m. The Court will reset the Final Pretrial Conference, if necessary, at a later date.

Dated this 31st day of October, 2017.

                                        Honorable Stephen M. McNamee
                                        Senior United States District Judge